**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 1:21-CR-16-HAB-SLC (1:24-CV-100-HAB) |
| KEVIN HARTLEROAD, | |
| Defendant. | |

**OPINION AND ORDER**

Before the Court is Petitioner Kevin Hartleroad's ("Hartleroad") Motion for Leave to Appeal In Forma Pauperis (ECF No. 129). Hartleroad is appealing this Court's August 31, 2026 Order denying his petition for relief under 28 U.S.C. § 2255, denying him a certificate of appealability and the entry of judgment on that order. (ECF Nos. 124, 125). To that end, Hartleroad filed a notice of appeal on September 14, 2026.

As a threshold matter, an appeal may not be taken *in forma pauperis* if the court determines that the appeal is not in good faith. 28 U.S.C. § 1915(a)(3). To determine that an appeal is in good faith, a court need only find that a reasonable person could suppose that the appeal has some merit. *Walker v. O'Brien,* 216 F.3d 626, 632 (7th Cir. 2000); *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

As set forth in this Court's August 2026 Opinion and Order, Hartleroad's § 2255 petition was based on his assertions that his retained trial counsel was ineffective on multiple fronts, including a failure to challenge "procedural errors" related to Hartleroad's arrest, counsel's insufficient communication and consultation with Hartleroad, his allegedly deficient preparation for trial, and his ineffective conduct and decision making at trial. The Court soundly rejected these

arguments based upon the substantial record in the case and determined that counsel's performance fell well within the range of competent representation. Thus, given the discussion in this Court's Opinion and Order denying his petition under § 2255, it cannot be said that the issues presented in Hartleroad's § 2255 petition (and presumably on appeal) could be mistaken by a reasonable person as having any merit.

Accordingly, the Court concludes that Hartleroad's appeal is not taken in good faith and his request to proceed IFP on appeal (ECF No. 129) is DENIED.

**SO ORDERED** this 17th day of September 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT

Cc: Seventh Circuit Court of Appeals
Cause No. 26-2890